IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KAREN BRANCH, Individually and as Administratrix of the ESTATE of RAYMOND DAVID STEPHENS,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY M. O'BRIEN and LEVIN PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A. f/k/a LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.,<br><br>Defendants. | Civil Action No. 4:14-cv-00147-BAE-GRS |

## CONSENT ORDER TO AMEND SCHEDULING ORDER

It appearing to the Court that the parties have conferred and agree to the entry of an Order amending the Scheduling Order to change the deadline for the filing of the Joint Status Report from November 6, 2014 to December 6, 2014,

IT IS HEREBY ORDERED that the Scheduling Order is amended to change the deadline for the filing of the Joint Status Report to December 6, 2014.

This the 25Th day of September, 2014.

_____
Honorable G.R. ~~Moore~~ Smith
United States District/Magistrate Judge